1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                          EASTERN DISTRICT OF CALIFORNIA

9

10   LISA KONONOV
                                         No. 2:10-cv-00099-MCE-EFB
11              Plaintiff,

12        v.                             MEMORANDUM AND ORDER

13   EXPEDIA HOME LOANS, MORTGAGEIT,
     INC., INDYMAC, INC., QUALITY
14   LOAN SERVICES CORPORATION and
     DOES 1 through 50, inclusive,
15
                Defendants.
16

17                         ----oo0oo----

18        This action arises out of a mortgage loan transaction in

19   which Plaintiff Lisa Kononov ("Plaintiff") refinanced her home in

20   February 2006.  Presently before the Court is a Motion by

21   Defendant MortgageIT, Inc. ("Defendant") to Dismiss the claims

22   alleged against it in Plaintiff's Complaint for failure to state

23   a claim upon which relief may be granted pursuant to Federal Rule

24   of Civil Procedure 12(b)(6).  Defendant also filed a Motion to

25   Strike.  Plaintiff has failed to timely file an opposition.[1]

26   _____

27        [1] Because oral argument will not be of material assistance,
     the Court orders this matter submitted on the briefs.  E.D. Cal.
28   Local Rule 230(g).

                                    1

Pursuant to Local Rule 230(c), opposition to a motion must be filed not less than fourteen (14) days prior to the date of the hearing.  The date of the hearing on motion was set for February 25, 2010.  Fourteen (14) days prior to the hearing was February 11, 2010.  No opposition was filed as required.

In light of the fact that no opposition was filed by Plaintiff, Defendant's Motion to Dismiss (Docket No. 8) is GRANTED with leave to amend.

Plaintiff may file an amended complaint not later than twenty (20) days after the date this Memorandum and Order is filed electronically.  If no amended complaint is filed within said twenty (20)-day period, without further notice, Plaintiff's claims will be dismissed without leave to amend.

Defendant's Motion to Strike (Docket No. 9) is DENIED as moot.

IT IS SO ORDERED.

Dated: February 26, 2010

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2